Gerald R. BYRD, Plaintiff–Appellant,

v.

BP AMOCO POLYMERS, INCORPO-
RATED, Defendant–Appellee,

Equal Employment Opportunity
Commission, Movant.

No. 01–1138.

United States Court of Appeals,
Fourth Circuit.

Submitted May 17, 2001.

Decided May 23, 2001.

Gerald R. Byrd, pro se. Ingrid Black-
welder Erwin, Ogletree, Deakins, Nash,
Smoak & Stewart, Greenville, SC, for ap-
pellee.

Before WIDENER, NIEMEYER, and
MICHAEL, Circuit Judges.

PER CURIAM.

Gerald R. Byrd appeals the district
court's order of summary judgment. We
have reviewed the record and the district
court's opinion accepting the recommenda-
tion of the magistrate judge and find no
reversible error. Accordingly, we affirm
on the reasoning of the district court. *See
Byrd v. BP Amoco Polymers,* No. CA–99–
3649–6–13AK (D.S.C. Jan. 19, 2001). We
deny Byrd's motion for production of docu-
ments and motion to compel delivery of
documents. We dispense with oral argu-
ment because the facts and legal conten-
tions are adequately presented in the ma-
terials before the court and argument
would not aid the decisional process.

*AFFIRMED.*